IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GARCIA MURILLO,<br><br>        Petitioner,<br>   v.<br><br>JOHN ASHCROFT, et al.,<br><br>        Respondent. | CV F 04-5316 OWW WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITION |

Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 . The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 16, 2005, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a

---

[1] The court notes that the copy of the findings and recommendations served on Petitioner by mail was returned by the United States Postal Service with the notation, "not in custody." However, service on a Petitioner at his address of record is fully effective. See Local Rule 83-183.

de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on March 16, 2005, are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DENIED;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   June 14, 2005**          /s/ Oliver W. Wanger
emm0d6                              UNITED STATES DISTRICT JUDGE

2